

# THE THIRTEENTH COURT OF APPEALS

13-13-00492-CV

BILLIE J. HERNANDEZ, SARA HERNANDEZ, AND ALL OCCUPANTS
v.
GREEN TREE SERVICING, LLC.

On Appeal from the
County Court at Law of San Patricio County, Texas
Trial Cause No. 10106

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed as moot. The Court orders the appeal DISMISSED AS MOOT in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 5, 2013